JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SHAWN CONDEE, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF JIM McDONNELL, et al., <br><br> Defendants. | Case No. CV 14-9332-PA (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: May 19, 2015

**JS-6**

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE